IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **APACHE STAINLESS EQUIPMENT CORPORATION**, | : : : | Case No.   18-cv-04879-JMY |
| *Plaintiff* | : : | |
| v. | : : | |
| **INFOSWITCH, INC.**, | : : | |
| *Defendant* | : | |

**ORDER**

**AND NOW**, this 21st day of July, 2020, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 35), Defendant's Motion for Summary Judgment (ECF No. 36), and all submissions made in support of and in opposition to the parties' respective motions, it is hereby **ORDERED** that:

(1)   Plaintiff's Motion for Summary Judgment (ECF No. 35) is **DENIED**;

(2)   Defendant's Motion for Summary Judgment (ECF No. 36) is **GRANTED**;

(3)   Judgment is entered for the Defendant; and

(4)   The Clerk of Court shall mark this case **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
_____
**Judge John Milton Younge**